IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

| | |
|---|---|
| MARCO ANTONIO ROMERO, § | |
| Petitioner, § | |
| v. § | 2:05-CV-0058 |
| DOUGLAS DRETKE, Director, § | |
| Texas Department of Criminal Justice, § | |
| Correctional Institutions Division, § | |
| Respondent. § | |

**ORDER OVERRULING OBJECTIONS,
ADOPTING REPORT AND RECOMMENDATION, and
DISMISSING APPLICATION FOR HABEAS CORPUS RELIEF**

Came this day for consideration the application filed in this cause by petitioner. On May 6, 2005, the United States Magistrate Judge issued a Report and Recommendation in this cause, recommending therein that petitioner's application be dismissed for want of prosecution. On May 23, 2005, petitioner corresponded with the Court, which correspondence was ordered filed as objections to the Magistrate Judge's Report and Recommendation.

The undersigned United States District Judge has made an independent examination of the record in this case. The objections filed by petitioner are without merit and are hereby OVERRULED. The objections do not cure the deficiencies cited by the Report and Recommendation as the basis for the dismissal of the application. The Magistrate Judge's Report and Recommendation is hereby ADOPTED. Accordingly, the application filed by petitioner is hereby DISMISSED.

IT IS SO ORDERED.

ENTERED this _24th_ day of _May_ 2005.

MARY LOU ROBINSON
UNITED STATES DISTRICT JUDGE